EDELSBERG LAW, PA
SCOTT A. EDELSBERG, Bar No. 330990
scott@edelsberglaw.com
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320

Attorneys for Plaintiff

LEHOTSKY KELLER COHN LLP
SERENA ORLOFF, Bar No. 260888
serena@lkcfirm.com
JONATHAN F. COHN (phv forthcoming)
jon@lkcfirm.com
STEVEN P. LEHOTSKY (phv forthcoming)
steve@lkcfirm.com
RICK W. EBERSTADT (phv forthcoming)
rick@lkcfirm.com
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
Telephone: (512) 693-8350
Facsimile: (512) 727-4755

Attorneys for Defendant MVB BANK, INC.

GIBSON, DUNN & CRUTCHER LLP
AUSTIN SCHWING, Bar No. 211696
ASchwing@gibsondunn.com
SEAN HOWELL, Bar No. 315967
SHowell@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
LAUREN M. BLAS, Bar No. 296823
LBlas@gibsondunn.com
333 S. Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7420

Attorneys for Defendants
INTUIT INC., INTUIT FINANCING INC., and WEBBANK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ISABELLE HECK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

INTUIT, INC., d/b/a TURBOTAX, INTUIT FINANCING INC., MVB BANK, INC., and WEBBANK,

Defendants.

Case No. 5:26-cv-03712-NW

**JOINT STIPULATION STAYING CASE AND ~~[PROPOSED]~~ ORDER**

Judge: Hon. Noël Wise
Trial Date: None set
Date Filed: July 16, 2026

Plaintiff Isabelle Heck ("Plaintiff") and Defendants Intuit Inc., Intuit Financing Inc., MVB Bank, Inc., and WebBank ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Stipulation to stay this action pending resolution of the action captioned *Bostick v. Intuit, Inc.*, No. 3:26-CV-01444-H-VET (S.D. Cal.) (the "*Bostick* Action"), or until such time that this Court decides to lift the stay:

WHEREAS, on June 19, 2026, Defendants Intuit Inc. and Intuit Financing Inc. moved to stay this action pending resolution of the action *Bostick* Action (*see* Dkt. 24);

WHEREAS, after the filing, the Parties met and conferred regarding whether this action should be stayed pending further proceedings in the *Bostick* Action;

WHEREAS, Plaintiff does not, by entering into this stipulation, concede that the first-to-file rule applies to this action, that the *Bostick* Action is the appropriate forum for resolution of the issues raised in this action, or that any argument based on the first-to-file rule has merit; however, Plaintiff recognizes that developments in the *Bostick* Action, including the pending and potentially dispositive motions to dismiss, may bear on the efficient management of this action;

WHEREAS, the Parties agree that a temporary stay of this action would promote judicial efficiency and conservation of the resources of the Court and the parties, including by avoiding potentially duplicative proceedings while the *Bostick* Action progresses;

WHEREAS, Plaintiffs do not, by entering into this stipulation, waive, limit, or concede any argument that the first-to-file rule applies, or any other argument, defense, or position that Defendants may assert in this action;

WHEREAS, the Parties agree that a temporary stay, subject to periodic status updates, will preserve the parties' respective positions while allowing the Court to avoid potentially duplicative proceedings;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, subject to approval of the Court, as follows:

1. The Parties' stipulation to stay this action is approved, and this action is hereby stayed pending resolution of the *Bostick* Action.

2. During the pendency of the stay, the Parties shall file a joint status report with the Court every three months advising the Court regarding the status of the *Bostick* Action and any developments that may impact the continued stay, including whether the stay should remain in place, be modified, or be lifted. In addition to the periodic joint status reports, the parties shall inform the Court within one week of any developments in the *Bostick* Action that directly impact the stay in this case, specifically, if the *Bostick* court rules on the pending motion to dismiss.

3. Nothing in this Order shall be construed as a ruling or determination regarding the applicability of the first-to-file rule, the appropriate forum for this action, or any other argument, defense, or position that any Party may assert.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 17, 2026

EDELSBERG LAW, PA

By: */s/ Scott A. Edelsberg*
Scott A. Edelsberg

Attorneys for Plaintiff

Dated: July 17, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Austin Schwing*
Austin Schwing

Attorneys for INTUIT INC., INTUIT FINANCING INC., and WEBBANK

Dated: July 17, 2026

LEHOTSKY KELLER COHN LLP

By: */s/ Serena Orloff*
Serena Orloff

Attorneys for MVB BANK, INC.

**SIGNATURE ATTESTATION**

I, Austin Schwing, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: July 17, 2026

By: */s/ Austin Schwing*
Austin Schwing

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

Dated: July 21, 2026

HON. NOËL WISE
U.S. District Judge